UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| GEORGE WEST, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:16-CV-309 |
| § | |
| CITY OF SANTA FE, TEXAS, *et al*, § | |
| § | |
| Defendants. § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, unless any party represents in writing filed with the Court on or before December 6, 2019, that the settlement could not be completely documented. If the parties wish the case to be disposed of on an agreed final judgment rather than this order, it must be submitted to the Court on or before December 6, 2019.

All pending motions are hereby **DENIED** as moot.

SIGNED at Galveston, Texas, the 23rd day of October, 2019.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE